STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-1515


CALDWELL LANDS, INC.

VERSUS

CEDYCO CORPORATION


\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 83,504
HONORABLE MARILYN CASTLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

ON REHEARING

\*\*\*\*\*\*\*\*\*\*\*\*

PER CURIAM

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and James T. Genovese,
Judges.


**AFFIRMED.**

Martin L. Morgan
Attorney at Law
1331 West Causeway Approach
Mandeville, Louisiana 70471
(985) 624-9920
Counsel for Defendant/Appellant:
    Cedyco Corporation

**James C. Bates**
**Strain, Dennis & Bates, L.L.P.**
**318 St. Charles Street**
**Baton Rouge, Louisiana  70802**
**(225) 343-0100**
**Counsel for Plaintiff/Appellee:**
  **Caldwell Lands, Inc.**

**Paul G. Moresi, Jr.**
**The Moresi Firm, L.L.C.**
**111 South State Street**
**Abbeville, Louisiana  70510**
**(337) 898-0111**
**Counsel for Plaintiff/Appellee:**
  **Caldwell Lands, Inc.**

PER CURIAM.

In our earlier decision, we held that Caldwell Lands, Inc. (Caldwell) had failed to establish that Cedyco Corporation (Cedyco) was a possessor in bad faith. On rehearing, Caldwell urges that the record does not establish that Cedyco was a possessor in good faith; therefore, we erred in finding that Cedyco was entitled to be reimbursed Caldwell's portion of its production expenses.

Louisiana Civil Code Article 487 provides in pertinent part: "[A] possessor is in good faith when he possesses by virtue of an act translative of ownership and does not know of any defects in his ownership." Only a good faith possessor is entitled to reimbursement of production expenses. La.Civ.Code art. 488.

The record does not contain an act translative of ownership in Cedyco's favor. Accordingly, we grant Caldwell's application for rehearing and reverse our prior decision to the extent that it ordered Caldwell to reimburse Cedyco for its production expenses and remanded this matter to the trial court for a determination of those expenses. The judgment of the trial court is affirmed in all respects.

**AFFIRMED**.